IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:07 CV 00211

| | |
|---|---|
| JAMES JOHNSON, *on Behalf of Himself and All Others Similarly Situated*, <br><br> Plaintiff, <br><br> vs. <br><br> COCA-COLA BOTTLING CO. CONSOLIDATED, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING ADMISSION PRO HAC VICE

Upon motion of the Plaintiff, the Court hereby orders that James J. Webb, Jr. be admitted *pro hac vice* for purposes of this action.

IT IS SO ORDERED.

Signed: May 29, 2007

David C. Keesler
United States Magistrate Judge