IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:07 CV 00211

| | |
|---|---|
| JAMES JOHNSON, *on Behalf of Himself and All Others Similarly Situated*,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COCA-COLA BOTTLING CO. CONSOLIDATED,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING ADMISSION PRO HAC VICE

Upon motion of the Plaintiff, the Court hereby orders that Alan G. Crone be admitted *pro hac vice* for purposes of this action.

IT IS SO ORDERED.

Signed: May 29, 2007

_____
David C. Keesler
United States Magistrate Judge