# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### Case No. 3:07 CV 00211

JAMES JOHNSON, *on Behalf*            )
*of Himself and All Others Similarly* )
*Situated*,                           )
                                      )
       Plaintiff,              )
                                      )
    vs.                         )
                                      )
COCA-COLA BOTTLING CO.                )
CONSOLIDATED,                         )
                                      )
       Defendant.             )
_____ )

## ORDER GRANTING ADMISSION PRO HAC VICE

Upon motion of the Plaintiff, the Court hereby orders that Alan G. Crone be admitted

*pro hac vice* for purposes of this action.

IT IS SO ORDERED.


Signed: May 29, 2007


David C. Keesler
United States Magistrate Judge