# 5IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL NO. 3:07CV211-W

| | |
|---|---|
| JAMES JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF RECUSAL** |
| ) | |
| COCA COLA BOTTLING COMPANY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court sua sponte. Due to close personal relationships with management and substantial shareholders of the Defendant, the undersigned must **RECUSE** himself from further involvement in this case. Accordingly, the Clerk is directed to terminate the referral for all future proceedings.

The Clerk is further directed to send copies of this Notice of Recusal to counsel for the parties; Magistrate Judge Dennis L. Howell; and to the Honorable Frank D. Whitney.

**SO ORDERED.**

Signed: May 31, 2007

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge

**Signed: December 21, 2005**

_____

Carl Horn, III
United States Magistrate Judge