IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JAMES JOHNSON, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> COCA-COLA BOTTLING CO. CONSOLIDATED, <br><br> Defendant. | CIVIL ACTION NO. 3:07 cv 00211 |

## ORDER FOR DISMISSAL

Counsel for the Plaintiff has informed this Court that all matters in dispute between Plaintiff and Defendant have been resolved to the satisfaction of both parties. ~~Counsel for both parties have agreed that the United States Magistrate Judge may review their executed Settlement Agreement in camera and enter an Order of Dismissal with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.~~ This Court has conducted ~~such~~ a review, and finds that the terms of the Order are appropriate for the settlement of this case. This case is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party will bear its own costs and attorneys' fees consistent with the terms of the Settlement Agreement.

Date this the 30th day of August, 2007.

_____
Honorable ~~Dennis L. Howell~~ FRANK D. WHITNEY
United States ~~Magistrate~~ District Judge

Spartanburg:70847.1

-1-