# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Johnson,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                              3:07cv211

Coca-Cola Bottling Co.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 30, 2007 Order.

                                     Signed: September 7, 2007

                                     Frank G. Johns, Clerk
                                     United States District Court